# EXHIBIT 4



**SHIPOIL LIMITED**
79 LEI MUK ROAD 22/F, UNIT 7, ASIA TRADE CENTRE, KWAI CHUNG, NEW TERRITORIES, HONG KONG

| EXHIBIT |
| :---: |
| 4 |

## SALES INVOICE

Master and Owners and /or Managing Owners and/or Operators and/or Charterers and /or Buyers

**of CAPTAIN P. EGGLEZOS and :**

**Cardinal Trading SA , 29 Rue de la Coulouvreniere , GENEVA**

| | | | | |
|---|---|---|---|---|
| Reference Number | : REF2021120000190 | Invoice Number | : INC00008021 |
| Vessel Name | : CAPTAIN P. EGGLEZOS | Invoicing Date | : 31/12/2021 |
| IMO Number | : 9332224 | Delivery Date | : 31/12/2021 |
| Port of Delivery | : Singapore | **Due Date** | **: 28/02/2022** |

| Product | Quantity | Unit | Unit Price | Value |
|---|---|---|---|---|
| VLSFO 0.5% RMG 380 ( ISO 8217:2010 Spec ) | 1249.057 | MT | $ 615.00 | USD 768,170.06 |
| MGO DMA 0.1% Sulphur ( ISO 8217:2010 Spec ) | 159.817 | MT | $ 675.00 | USD 107,876.48 |

| | | |
|---|---|---|
| **SUBTOTAL** | USD | 876,046.54 |
| VAT AT  0 % | | 0.00 |
| **TOTAL AMOUNT** | USD | 876,046.54 |

| | |
|---|---|
| PAYMENT INTSTRUCTIONS | **: BY ELECTRONIC FUND TRANSFER** |
| CURRENCY | **: USD** |
| BENEFICIARY NAME | **: SHIPOIL LIMITED** |
| BANK NAME | **: JOH. BERENBERG, GOSSLER & CO. KG** |
| ACCOUNT NR / IBAN NR | **: DE81201200000524774007** |
| SWIFT | **: BEGODEHH** |
| REMITTANCE REFERENCE | **: INC00008021** |

LATE PAYMENT WILL BE CHARGED WITH 2% INTEREST MONTHLY PRORATED FROM THE DUE DATE.
**ALL BANK CHARGES ARE FOR SENDERS ACCOUNT**

**FRAUD PREVENTION** // IF THE BANK DETAILS DO NOT MATCH THE ALREADY REGISTERED PLEASE CONTACT US IMMEDIATELY