BRAND GLICK BRAND
*Attorneys for Plaintiff*
Sean M. Costigan
90 Merrick Avenue, Suite 203
East Meadow, New York 11554
Telephone: (516) 284-2962

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIPOIL LIMITED,<br><br>            Plaintiff,<br><br>v.<br><br>M/V CAPTAIN P. EGGLEZOS, IMO No. 9332224, her engines, freights, apparel, appurtenances, tackle, etc., *in rem*,<br><br>            Defendant. | IN ADMIRALTY<br><br>NO. 25-CV-02760-CPO-AMD |

### MOTION TO WITHDRAW ATTORNEY APPEARANCE

Pursuant to Local Rule 102.1, Plaintiff Shipoil Limited respectfully moves this Court to withdraw Briton P. Sparkman, *pro hac vice*, as counsel of record in this matter.

1.      Mr. Sparkman's last day as a Senior Associate at Chalos & Co, P.C. is August 15, 2025.

2.      George M. Chalos (*pro hac vice*) and Sean M. Costigan will continue as counsel of record for Plaintiff in this matter, and the withdrawal will cause no delay to the current case schedule and deadlines imposed in this case.

WHEREAS, Plaintiff Shipoil Limited respectfully requests the Court grant this motion to withdraw and remove Briton P. Sparkman as counsel of record and remove him from the distribution list in this matter.

Dated: August 15, 2025
     East Meadow, New York

Respectfully Submitted

BRAND GLICK BRAND

By:    /s/Sean M. Costigan_____
     SEAN M. COSTIGAN
     NJ State Bar ID: 044622011
     90 Merrick Avenue, Suite 203
     East Meadow, NY 11554
     Telephone: (516) 284-2962
     scostigan@bgfirm.com

*Attorneys for Plaintiff*
Shipoil Limited

OF COUNSEL

CHALOS & CO., P.C.
George M. Chalos
*Pro Hac Vice*
55 Hamilton Avenue
Oyster Bay, NY 11771
Telephone: 516 714-4300
Facsimile: 516-750-9051
gmc@chaloslaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on August 15, 2025, a true and correct copy of Plaintiff's Motion to

Withdraw Attorney Appearance was served on the following counsel of record via Email:

Timothy J. Nast
Thomas L. Tisdale (*pro hac vice*)
Tisdale & Nast Law Offices, LLC
405 Lexington Ave, 26ᵗʰ Floor
New York, NY 10174
Tel:    203-354-8474
ttisdale@tisdale-law.com
tnast@tisdale-law.com
Attorneys for Notis Marine SA,

         /s/ Sean M. Costigan_____
         Sean M. Costigan