[D.I. 51]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIPOIL LIMITED,<br><br>   Plaintiff,<br><br>v.<br><br>M/V CAPTAIN P. EGGLEZOS, IMO No. 9332224, her engines, freights, apparel, appurtenances, tackle, etc., *in rem*,<br><br>   Defendant. | IN ADMIRALTY<br><br>NO. 25-CV-02760-CPO-AMD |

## ORDER OF WITHDRAWAL OF COUNSEL

Considering the foregoing Motion by Plaintiff Shipoil Limited to withdraw Briton P. Sparkman as counsel of record for Defendant,

IT IS HEREBY ORDERED that Briton P. Sparkman is withdrawn as counsel for Plaintiff Shipoil Limited in this proceeding.

IT IS FURTHER ORDERED that Sean M. Costigan of Brand Glick Brand and George M. Chalos of Chalos & Co, P.C. will continue as counsel of record for Plaintiff Shipoil Limited in this proceeding.

SIGNED this 18th day of August 2025.

                                       s/ Ann Marie Donio
                                       _____
                                       ANN MARIE DONIO, U.S.M.J.