**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**

**DATE OF PROCEEDINGS:** 9/15/25

**JUDGE CHRISTINE P. O'HEARN**
**COURT REPORTER**: Meta Goddard

**DOCKET NO.** 1:25-cv-2760 (CPO-AMD)

**TITLE OF CASE:**

**SHIPOIL LIMITED**

vs.

**M/V CAPTAIN P. EGGLEZOS**
*IMO No. 9332224, her engines, freights, apparel, appurtenances, tackle, etc., in rem*

**APPEARANCES:**
George Chalos, Esquire for Plaintiff
Thomas L. Tisdale, Esquire for Defendant

**NATURE OF PROCEEDINGS: MOTION HEARING**
Hearing on Defendant's Motion to Vacate Maritime Attachment, ECF No. 16.
Hearing on Defendant's Motion to Strike Declaration of Sean M. Costigan and Exhibits A-F, ECF 48.

**DISPOSITION**
Ordered Defendant's Motion to Vacate Maritime Attachment, ECF No. 16, is DENIED for the reasons stated on the record.
Ordered Defendant's Motion to Strike Declaration of Sean M. Costigan and Exhibits A-F, ECF 48, ECF No. 48, is DENIED for the reasons stated on the record.

Time Commenced: 11:10am
Time Adjourned: 11:55am
**Total Time: 45 Minutes**

*s/ Haley Minix*
DEPUTY CLERK