**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**SHIPOIL LIMITED**,

*Plaintiff*,

v.

**M/V CAPTAIN P. EGGLEZOS**,

*Defendant.*

No. 25-cv-02760

**ORDER**

**O'HEARN, District Judge.**

This matter comes before the Court on Defendant's Motion to Vacate Maritime Attachment and Motion to Strike the Declaration of Sean M. Costigan and Exhibits A-F. (ECF Nos. 16, 48). The Court held a hearing pursuant to Local Civil Rule 78.1 on September 15, 2025. For the reasons set forth on the record,

**IT IS** on this 15th day of September, 2025,

**ORDERED** that the Motion to Vacate is **DENIED**. (ECF No. 16); and it is further

**ORDERED** that the Motion to Strike is **DENIED AS MOOT**. (ECF No. 48).

Christine P. O'Hearn

**CHRISTINE P. O'HEARN**
**United States District Judge**